UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

                      **36TH STREET PROPERTY INC,**

Chapter 11

Case No. _____

Debtor.

------------------------------------------------------------------X

## **CORPORATE RESOLUTION**

At the meeting of the Board of Directors of 36TH STREET PROPERTY INC, a New York Corporation (the "Corporation"), it was determined to be in the best interests of the Corporation to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the following resolution was adopted:

    Whereas, it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that AE Sook Choi, President of the Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 Voluntary Bankruptcy case on behalf of the Corporation; and

    Be It Further Resolved, that AE Sook Choi, President of the Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

    Be It Further Resolved, that AE Sook Choi, President of the Corporation, is authorized and directed to employ Lawrence F. Morrison, attorney and the law firm of Morrison Tenenbaum, PLLC to represent the Corporation in such bankruptcy case.

[Signatures follow]

Dated: New York, New York
March 22, 2022

By: _____
AE Sook Choi, President